1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; UMG RECORDINGS, INC.; SONY
7  BMG MUSIC ENTERTAINMENT; INTERSCOPE
   RECORDS; WARNER BROS. RECORDS INC.;
8  and CAPITOL RECORDS, INC.
9

10               UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12

13 | BMG MUSIC, a New York general partnership;      CASE NO.
   | UMG RECORDINGS, INC., a Delaware
14 | corporation; SONY BMG MUSIC                    [PROPOSED] ORDER GRANTING
15 | ENTERTAINMENT, a Delaware general              PLAINTIFFS' *EX PARTE* APPLICATION
   | partnership; INTERSCOPE RECORDS, a             FOR LEAVE TO TAKE IMMEDIATE
16 | California general partnership; WARNER         DISCOVERY
   | BROS. RECORDS INC., a Delaware
17 | corporation; and CAPITOL RECORDS, INC., a
18 | Delaware corporation,
   |            Plaintiffs,
19 |
   |     v.
20 |
21 | JOHN DOE #6,
22 |            Defendant.

---

Proposed Order
Case No.
#32479 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on Santa Clara University to
4  obtain the identity of Defendant John Doe # 6 ("Defendant") by serving a Rule 45 subpoena that
5  seeks documents that identify Defendant, including the name, current (and permanent) address and
6  telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is consistent with Santa Clara University's obligations under 20
8  U.S.C. 1232g.
9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act.

Dated: 10/1/07

By: *Patricia V. Trumbull*
United States ~~District~~ Magistrate Judge

Proposed Order
Case No.
#32479 v1