1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; UMG RECORDINGS, INC.;
7  SONY BMG MUSIC ENTERTAINMENT;
   INTERSCOPE RECORDS; WARNER
8  BROS. RECORDS INC.; and CAPITOL
   RECORDS, INC.
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br><br>JOHN DOE #6,<br>　　　　　　　Defendant. | CASE NO. 5:07-CV-04840-PVT<br><br>Honorable Patricia V. Trumbull<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for January 8, 2008, at 2:00 p.m. to April 8, 2008.  Plaintiffs have not requested, and the Court has not granted, any previous continuance of this case management conference.

Plaintiffs filed the Complaint against Defendant John Doe #6 ("Defendant") on September 20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Santa Clara University ("SCU"), so that Plaintiffs could obtain information sufficient to identify Defendant.  On October 1, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SCU.  On November 16, 2007, SCU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

After learning Defendant's identity, Plaintiffs sent a letter to Defendant on November 28, 2007 in hopes of resolving this dispute without further litigation.  Defendant responded to Plaintiffs' letter and the parties have now initiated settlement discussions.  If the parties reach a settlement, Plaintiffs will promptly file dispositional documents with the Court.  If the parties are unable to resolve the dispute, Plaintiffs plan to file an amended complaint naming Defendant personally.

Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 8, 2008, at 2:00 p.m. to April 8, 2008.

Dated:  December 20, 2007                              HOLME ROBERTS & OWEN LLP


By:  _____*/s/ Matthew Franklin Jaksa*___
           MATTHEW FRANKLIN JAKSA
           Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 8, 2008, at 2:00 p.m. be continued to April 8, 2008.

Dated: 12/21/07

By: /s/ Patricia V. Trumbull
Honorable Patricia V. Trumbull
United States Magistrate Judge