Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; WARNER
BROS. RECORDS INC.; and CAPITOL
RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>JOHN DOE #6,<br>                Defendant. | CASE NO. 5:07-CV-04840-PVT<br><br>Honorable Patricia V. Trumbull<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al*., by and through
2  their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against
3  Defendant John Doe #6, also identified as ID #121327751 with IP address 129.210.191.16 2007-03-
4  10 18:15:21 EST, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully
5  requested to close this case.

6  Dated:  January 15, 2008                             HOLME ROBERTS & OWEN LLP

8                                                     By:  _____*/s/ Matthew Franklin Jaksa*___
                                                           MATTHEW FRANKLIN JAKSA
9                                                          Attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 16, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Ian Fletcher**
**4445 Ferncroft Road**
**Mercer Island, WA 98040**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 16, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant